EMANUEL CONSALUS, Appellant, *v.* JOHN BROTHERSON, Respondent.

(Argued November 14, 1882; decided November 21, 1882.)

*E. F. Bullard* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.